UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIE L. WILLIAMS,

    Plaintiff,

v.

TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., ACCOUNT RESOLUTION SERVICES, MIDLAND FUNDING LLC, FIRST NATIONAL COLLECTION BUREAU, INC., & TRIDENT ASSET MANAGEMENT, LLC,

    Defendants.

Civil Action No. 2:14-cv-2480

Electronically Filed

FILED
JUN 16 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this _13th_ day of _June_, 2014, it is hereby ORDERED that that application of Hayley A. Haldeman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

    ✓ GRANTED.

    ___ DENIED.

_____
JONES, J.